CJA,CLOSED,CR_ST_GEORGE,DRUG2,DT_BRAITHWAITE

# US District Court Electronic Case Filing System
# District of Utah (Central)
# CRIMINAL DOCKET FOR CASE #: 2:14−cr−00063−TS−1

Case title: USA v. Jones

Date Filed: 02/05/2014
Date Terminated: 08/07/2014

---

Assigned to: Judge Ted Stewart

**Defendant (1)**

**Keven Jones**
*TERMINATED: 08/07/2014*

represented by

**Douglas D. Terry**
DOUGLAS D TERRY & ASSOCIATES
132 W TABERNACLE BLDG B
ST GEORGE, UT 84770
(435)628−4411
Email: ddtlaw@infowest.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jamie Z. Thomas**
US ATTORNEY'S OFFICE
SALT LAKE CITY, UT 00000
(801)325−3238
Email: jamie.thomas@usdoj.gov
*TERMINATED: 07/31/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:922(g)(1) − UNLAWFUL TRANSPORT OF FIREARMS, ETC./Felon in Possession of Firearms and Ammunition (1) | BOP: 66 months; S/R: 72 months; FINE: None imposed; SPA: $200.00; FORFEITURE: Item listed in the Judgment of Forfeiture dated 6−6−14, docket number 27 |
| 21:841(a)(1) − CONTROLLED SUBSTANCE − SELL, DISTRIBUTE,OR DISPENSE/Possession of Methamphetamine with Intent to Distribute (2) | BOP: 66 months; S/R: 72 months; FINE: None imposed; SPA: $200.00; FORFEITURE: Item listed in the Judgment of Forfeiture dated 6−6−14, docket number 27 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Paul D. Kohler**
US ATTORNEY'S OFFICE (ST GEORGE)
20 N MAIN ST STE 208
ST GEORGE, UT 84770
(435) 634−4263
Email: paul.kohler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler L. Murray**
US ATTORNEY'S OFFICE (UT)
SALT LAKE CITY, UT 00000
(801)325−3284
Email: tyler.murray2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2014 | 1 | INDICTMENT as to Keven Jones (1) count(s) 1, 2. Assigned to Judge Ted Stewart (ss) (Entered: 02/05/2014) |
| 02/06/2014 | 3 | NOTICE OF ATTORNEY APPEARANCE Tyler L. Murray appearing for USA. *as Co−Counsel for Forfeiture* (Murray, Tyler) (Entered: 02/06/2014) |
| 02/10/2014 | 4 | **NOTICE OF HEARING** as to Keven Jones (Notice generated by gss) Initial Appearance set for 2/18/2014 01:30 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 02/10/2014) |
| 02/12/2014 | 5 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Keven Jones. (gss) (Entered: 02/13/2014) |
| 02/12/2014 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Keven Jones for 02/18/14 1:30 p.m. before Magistrate Judge Robert T. Braithwaite (gss) (Entered: 02/13/2014) |
| 02/18/2014 | 7 | First CERTIFICATE OF COMPLIANCE *KJ−00001 − KJ−00094* filed by USA as to Keven Jones. (Kohler, Paul) (Entered: 02/18/2014) |
| 02/18/2014 | 10 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Initial Appearance as to Keven Jones held on 2/18/2014. Defendant present and in custody. Charging document read, rights and penalties explained. Attorney Appointment Hearing as to Keven Jones held on 2/18/2014. The Defendant submitted a Financial Affidavit. Upon review of the Financial Affidavit, the Court appointed Doug Terry as CJA counsel for the defendant. Arraignment as to Keven Jones (1) Count 1,2 held on 2/18/2014. The Defendant at this time entered a plea of NOT GUILTY. Pretrial Conference as to Keven Jones held on 2/18/2014. A pre−trial order shall be filed by the clerk, stating dates and times. The Government is seeking detention. The Court set the matter for a detention hearing. The Defendant wishes to remain in Federal custody.( Detention Hearing set for 3/3/2014 01:30 PM in Room 2B (St George) before Judge Ted Stewart.) The Defendant remanded to the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Ryan Stout appearing for Doug Terry, CJA appointment. Probation Officer: Brian Blevins. Court Reporter: Electronic. (gss) (Entered: 02/20/2014) |
| 02/18/2014 | 11 | PRETRIAL ORDER as to Keven Jones. Interpreter needed: No. Defendants release or detention status: In Custody. Motions due by 3/31/2014. Plea Agreement due by 4/7/2014. Proposed Jury Instructions along with proposed voir dire questions 4/23/2014. 2 Day Jury Trial set for 4/28/2014 08:30 AM in Room 2B (St George) before Judge Ted Stewart. Signed by Magistrate Judge Robert T. Braithwaite on |

| | | |
|---|---|---|
| | | 02/18/14. (gss) (Entered: 02/20/2014) |
| 02/18/2014 | 12 | ARREST Warrant Returned Executed on 2/18/14, filed on 2/21/14 in case as to Keven Jones (alt) (Entered: 02/21/2014) |
| 02/24/2014 | 13 | NOTICE OF ATTORNEY APPEARANCE: Douglas D Terry appearing for Keven Jones (Terry, Douglas) (Entered: 02/24/2014) |
| 02/27/2014 | 14 | **AMENDED NOTICE OF HEARING** as to Keven Jones (Notice generated by Chambers (rlr)).<br><br>Detention Hearing set for 3/3/2014 01:30 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. **NOTE:** The only change to this notice is the detention hearing will be held before Judge Braithwaite, not Judge Stewart. The date, time, and location of the hearing remain the same. (rlr) (Entered: 02/27/2014) |
| 03/03/2014 | 15 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Detention Hearing as to Keven Jones held on 3/3/2014. Defendant present with counsel and in custody. Note: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case. Mr. Stout stated to the court reasons for release. Mr. Kohler responded and stated the Government is seeking detention. The Court ordered the defendant detained. Mr. Stout requested a date for a change of plea. The Court set the matter for a change of plea hearing on April 7, 2014 at 2:10 p.m. The Defendant remanded to the custody of the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Ryan Stout, CJA appointment. Probation Officer: Brian Blevins. Court Reporter: Electronic. (gss) (Entered: 03/05/2014) |
| 03/03/2014 | 16 | DOCKET TEXT ORDER OF DETENTION PENDING TRIAL as to Keven Jones NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case. No attached document. Signed by Magistrate Judge Robert T. Braithwaite on 03/03/14. (gss) (Entered: 03/05/2014) |
| 03/03/2014 | 18 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Miscellaneous Hearing as to Keven Jones held on 3/3/2014. This was the time set for a Change of Plea hearing. The defendant present and in custody. LaMar Winward appearing as counsel for the defendant. Mr. Winward requested the matter be continued. The Government not objecting. The Court continued the hearing to may 5, 2014. ( Change of Plea Hearing set for 5/5/2014 01:40 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite.) The defendant remanded to the custody of the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: LaMar Winward, CJA appointment. Probation Officer: Brian Blevins. Court Reporter: Electronic. (gss) (Entered: 03/05/2014) |
| 03/05/2014 | 17 | **NOTICE OF HEARING** as to Keven Jones (Notice generated by gss) Change of Plea Hearing set for 4/7/2014 02:10 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 03/05/2014) |
| 03/13/2014 | 19 | **CORRECTED NOTICE OF HEARING** as to Keven Jones (Notice generated by gss) Change of Plea Hearing set for 4/7/2014 02:10 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 03/13/2014) |
| 04/07/2014 | 21 | **NOTICE OF HEARING** as to Keven Jones (Notice generated by gss) Change of Plea Hearing re−set for 5/5/2014 01:45 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 04/09/2014) |
| 04/08/2014 | 20 | Second CERTIFICATE OF COMPLIANCE *KJ−00095−KJ−00105* filed by USA as to Keven Jones. (Kohler, Paul) (Entered: 04/08/2014) |
| 04/24/2014 | | Terminate Deadlines and Hearings as to Keven Jones: The jury trial scheduled to begin 4/28/2014 is **STRICKEN** per 21 NOTICE OF HEARING as to Keven Jones. Change of plea hearing set for 5/5/2014 at 1:45 PM. (rlr) (Entered: 04/24/2014) |
| 05/05/2014 | 22 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Change of Plea Hearing as to Keven Jones held on 5/5/2014. Presentence Report ordered: Yes. The defendant present and in custody. The Consent to Entry of Plea of |

| | | |
|---|---|---|
| | | Guilty before a Magistrate Judge and Order of Reference was executed and filed with the court. The Defendant was sworn and answered questions posed by the Court. The Statement by Defendant was executed in open court. The Indictment read by the court. The Court further questioned the defendant as to his reading and understanding the Statement in Advance of Plea of Guilty and waiver of rights to appeal. The Court finds a factual basis upon which to proceed. The Defendant at this time entered a plea of guilty to the Indictment. The Court finds that the plea was entered freely and voluntarily with full knowledge of his legal rights and consequences of entering the plea. The Court accepted the plea of Guilty to the Indictment. The Court ordered a PSI to be completed and stated that the attorney for the defendant may be present during the investigation. Plea entered by Keven Jones (1) Guilty Count 1,2., Court Orders Pre−Sentence Investigative Report as to Keven Jones, ( Sentencing set for 8/5/2014 10:30 AM in Room 2B (St George) before Judge Ted Stewart.) The defendant remanded to the custody of the USMS. Attorney for Plaintiff: Matthew Bell, Attorney for Defendant: Ryan Stout, CJA appointment. Probation Officer: Brian Blevins. Court Reporter: Electronic. (gss) (Entered: 05/05/2014) |
| 05/05/2014 | 23 | ORDER OF REFERENCE Under 636 (b)(3) and CONSENT TO ENTRY OF PLEA before Magistrate Judge Robert T. Braithwaite as to Keven Jones. Signed by Judge Ted Stewart on 04/02/14. (gss) (Entered: 05/05/2014) |
| 05/05/2014 | 24 | STATEMENT IN ADVANCE OF PLEA as to Keven Jones (gss) (Entered: 05/05/2014) |
| 05/05/2014 | 25 | *****SEALED DOCUMENT***** Plea Supplement pursuant to DUCrimR11−1 as to Keven Jones (gss) (Entered: 05/05/2014) |
| 06/05/2014 | 26 | MOTION for Forfeiture of Property by USA as to Keven Jones. (Attachments: # 1 Text of Proposed Order)(Murray, Tyler) (Entered: 06/05/2014) |
| 06/06/2014 | 27 | JUDGMENT OF FORFEITURE as to Keven Jones. Signed by Judge Ted Stewart on 6/5/2014. (blh) (Entered: 06/06/2014) |
| 06/10/2014 | 28 | CERTIFICATE OF COMPLIANCE *With Regard to Publication* filed by USA as to Keven Jones. (Attachments: # 1 Exhibit A − Proof of Publication)(Murray, Tyler) (Entered: 06/10/2014) |
| 07/08/2014 | 29 | Governments Position with Respect to Sentencing Factors as to Keven Jones (Kohler, Paul) (Entered: 07/08/2014) |
| 07/31/2014 | 31 | Defendants Position with Respect to Sentencing Factors as to Keven Jones (Terry, Douglas) (Entered: 07/31/2014) |
| 08/05/2014 | 32 | Minute Entry for proceedings held before Judge Ted Stewart: Sentencing held on 8/5/2014 for Keven Jones (1), Count(s) 1, 2, BOP: 66 months; S/R: 72 months; FINE: None imposed; SPA: $200.00; FORFEITURE: Item listed in the Judgment of Forfeiture dated 6−6−14, docket number 27. COP: 05/05/14. The defendant sentenced to 66 months BOP, followed by 72 months supervised release. Standard and mandatory conditions imposed. The following special conditions imposed: 1. The defendant shall not use or possess alcohol or frequent businesses where alcohol is the chief item of order. 2. The defendant will submit to drug/alcohol testing as directed by the probation office. 3. The defendant shall participate in a substance−abuse evaluation and/or treatment under a co−payment plan as directed by the probation office. During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order. No fine imposed. SPA of $200.00 payable immediately. The Judgment of Forfeiture dated June 6, 2014, docket # 27 shall be made final. Appeal rights explained. The defendant remanded to the custody of the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Ryan Stout appearing for Doug Terry, CJA appointment. Probation Officer: Brian Blevins. Court Reporter: Russ Morgan. (gss) (Entered: 08/06/2014) |
| 08/07/2014 | 33 | JUDGMENT as to Keven Jones (1). Count(s) 1, 2, BOP: 66 months; S/R: 72 months; FINE: None imposed; SPA: $200.00; FORFEITURE: Item listed in the Judgment of Forfeiture dated 6−6−14, docket number 27. Defendant Termed. Case Closed. Signed by Judge Ted Stewart on 8/7/2014. (blh) (Entered: 08/08/2014) |

| | | |
|---|---|---|
| 09/11/2014 | 35 | Amended MOTION for Forfeiture of Property by USA as to Keven Jones. (Attachments: # 1 Text of Proposed Order)(Murray, Tyler) (Entered: 09/11/2014) |
| 09/11/2014 | 36 | AMENDED JUDGMENT OF FORFEITURE as to Keven Jones. Signed by Judge Ted Stewart on 9/11/2014. (blh) (Entered: 09/11/2014) |
| 09/16/2014 | 37 | CERTIFICATE OF COMPLIANCE *With Regard to Publication of the Hi Point Pistol* filed by USA as to Keven Jones. (Attachments: # 1 Exhibit A − Proof of Publication)(Murray, Tyler) (Entered: 09/16/2014) |
| 10/27/2014 | 38 | Judgment Returned Executed as to Keven Jones on 9/23/2014. (blh) (Entered: 10/28/2014) |
| 02/12/2015 | | Attorney update in case as to Keven Jones. Attorney Jamie Zenger for Keven Jones added. (kpf) (Entered: 02/17/2015) |
| 02/12/2015 | 39 | MOTION to Reduce Sentence − USSC Amendment (Originally received: 2/12/2015) filed by Keven Jones. (kpf) (Additional attachment(s) added on 2/17/2015: # 1 Attached image of envelope) (kpf). (Entered: 02/17/2015) |
| 07/30/2015 | 40 | ORDER denying 39 Motion to Reduce Sentence − USSC Amendment as to Keven Jones (1). Signed by Judge Ted Stewart on 7/30/2015. (blh) (Entered: 07/31/2015) |
| 07/31/2015 | | Attorney update in case as to Keven Jones. Attorney Jamie Zenger terminated. (blh) (Entered: 07/31/2015) |
| 11/01/2018 | 42 | Supervised Release JURISDICTION TRANSFERRED to District of Arizona as to Keven Jones. (jmr) (Entered: 11/01/2018) |
| 11/01/2018 | 43 | Notice to USDC District of Arizona of a Transfer of Jurisdiction as to Keven Jones. Your case number is: CR−18−50179−RUC−JAS(JR). Docket sheet and documents attached. If you require a copy of the criminal financial statement, please email your request to UTDecf_Forders@utd.uscourts.gov. (If you require certified copies of any documents, please send a request to utdecf_clerk@utd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # 1 Appendix)(jmr) (Entered: 11/01/2018) |