FILED
U.S. DISTRICT COURT
2014 FEB -5 A 10:58
DISTRICT OF UTAH
BY: DEPUTY CLERK

DAVID B. BARLOW, United States Attorney (#13117)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4263
paul.kohler@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVEN JONES,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNT I<br>18 U.S.C.§ 922(g)(1),<br>Felon in Possession of Firearms and Ammunition.<br><br>COUNT II<br>21 U.S.C. § 841(a)(1),<br>Possession of Methamphetamine with Intent to Distribute.<br><br>Case: 2:14cr00063<br>Assigned To : Stewart, Ted<br>Assign. Date : 2/5/2014<br>Description: USA v. |

The Grand Jury charges:

**COUNT I**

On or about December 11, 2013, in the Central Division of the District of Utah,

**KEVEN JONES,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition:

- Hi-Point model 995 9x19 9mm rifle;
- Hi-Point model C9 9mm handgun;
- FN Herstal 5.7x28 caliber handgun;
- Interarms Star .45 caliber handgun;
- Remington model 10 pump-style shotgun; and
- Various ammunition,

all in violation of 18 U.S.C. § 922(g)(1) and punishable under 18 U.S.C. § 924(a)(2).

**COUNT II**

On or about December 11, 2013, in the Central Division of the District of Utah,

**KEVEN JONES,**

defendant herein, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. § 841(b)(1)(C).

**NOTICER OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of the offense in Count I, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922, including but not limited to the firearms listed in Count I.

DATED this 5th day of Feb., 2014.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

for PAUL D. KOHLER
Assistant United States Attorney