**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America

Plaintiff,

v.

Keven Earnest Jones

Defendant.

No. CR-18-50179-001-TUC-JAS (JR)

**ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

On Friday, November 30, 2018, the above named was placed on supervised release for a period of 72 months. Keven Earnest Jones has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Keven Earnest Jones be discharged from supervision.

Respectfully submitted,

STorres

Susana I. Torres
U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that Keven Earnest Jones be discharged from supervision and that the proceedings in the case be terminated.

James A. Soto

Honorable James A. Soto
United States District Judge

May 16, 2022
Date